IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SASS,                                  No. CIV-S-01-0835 MCE/KJM P

    Plaintiff,

  v.                                         <u>ORDER</u>

CALIFORNIA BOARD OF PRISON
TERMS, ET AL.,

    Defendants.
_____/

    For good cause appearing, let a Certificate of Appealability issue permitting Petitioner Brian Sass to appeal the judgment denying his claim in his petition for writ of habeas corpus filed on June 15, 2005, that his federal due process right was violated when Respondent denied him parole without the requisite evidentiary support in the record.

DATE: July 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1